CASE 105—MOTION—JUNE 26.

## Marchand v. Russell.

1. This court has no jurisdiction to determine the liability of a sheriff for failing to make the money upon an execution for costs issuing from this court, or for failing to make return of the writ.
2. It has power to compel obedience to its process by fine or other punishment against the officer, but cannot adjudge his pecuniary liability to the party injured. It has. appellate jurisdiction only.

ALEXANDER & POLLARD FOR PLAINTIFF, ON MOTION.

CHIEF JUSTICE PRYOR DELIVERED THE OPINION OF THE COURT.

This court has no power to determine the question as to the liability of the sheriff for failing to make the money on

.an execution issued from this court, or for failing to make a
return of the writ within the time required by law.

An issue of fact may be, and has been, raised in this case
that belongs to a court of original jurisdiction, and while this
court has the power to compel obedience to its process by
fine or other punishment, it has no jurisdiction to determine
the liability of an officer in a case like this.    It has appellate
jurisdiction only, and the only remedy we see is by a suit on
the bond of the sheriff in the court below.

The motion is therefore dismissed.